# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Universal Music GmbH

                              Plaintiff,

v.

                              Case No.: 1:20−cv−06169

                              Honorable Edmond E. Chang

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 20, 2020:

      MINUTE entry before the Honorable Edmond E. Chang: This case was filed against 92 defendants for infringing the trademark. But joinder as to all of those defendants does not appear to be proper when measured against the standard set in Estee Lauder Cosmetics Ltd. v. Schedule A, 334 F.R.D. 182, 188−89 (N.D. Ill. 2020). On review of the exhibits, it does not appear that Plaintiff picked the 92 defendants for joinder based on that standard. The Plaintiff shall file an amended complaint and Schedule A (the schedule may be filed separately under seal) by 10/30/2020, to comply with the opinion, or file a supplemental memorandum explaining why joinder is proper. No changes need to be made to the TRO−related and other filings. To track the filing of the amended complaint, a status hearing is set for 11/13/2020 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.